NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DOUGLAS L. JAMES,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D18-266
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____ )

Opinion filed July 6, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Tom Barber,
Judge.

Douglas L. James, pro se.


PER CURIAM.

        Affirmed.  See Smith v. State, 537 So. 2d 982 (Fla. 1989); Hart v. State,

464 So. 2d 592 (Fla. 2d DCA 1985).


CASANUEVA, LUCAS, and BADALAMENTI, JJ., Concur.